UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF WISCONSIN

WISCONSIN MASONS HEALTH CARE FUND,
WISCONSIN MASONS PENSION FUND,
WISCONSIN MASONS VACATION FUND,
WISCONSIN MASONS APPRENTICESHIP &
TRAINING, BRICKLAYERS AND TROWEL TRADES
INTERNATIONAL PENSION FUND, INTERNATIONAL
MASONS INSTITUTE FUND, and JEFFREY LECKWEE,

BRICKLAYERS AND ALLIED CRAFTSMEN
DISTRICT COUNCIL OF WISCONSIN, and
BRICKLAYERS AND TROWEL TRADES
INTERNATIONAL,

      Plaintiffs,

vs.                                                  Case No. 07-C-0569 C

TIMOTHY NEWKIRK d/b/a ZAMBONI BIG DOG FLOORING,
and ANGELA M. NEWKIRK d/b/a ZAMBONI BIG DOG FLOORING,

      Defendants.

ENTRY OF DEFAULT OF DEFENDANTS
TIMOTHY NEWKIRK d/b/a ZAMBONI BIG DOG FLOORING
AND ANGELA M. NEWKIRK d/b/a ZAMBONI BIG DOG FLOORING

The Clerk of Court for the United States District Court for the Western District of Wisconsin having noted that the Defendants in the above-captioned matter, Timothy Newkirk d/b/a Zamboni Big Dog Flooring and Angela M. Newkirk d/b/a Zamboni Big Dog Flooring, have failed to plead or otherwise defend as provided under the Fed. R. Civ. P., and that fact has been made to appear by the Affidavit of the attorney for the Plaintiffs;

The Clerk hereby enters the default of Defendants Timothy Newkirk d/b/a Zamboni Big Dog Flooring and Angela M. Newkirk d/b/a Zamboni Big Dog Flooring pursuant to Rule 55(a) of the Fed. R. Civ. P.

Dated this 21st day of December, 2007.

_____
Clerk of Court