UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF WISCONSIN

WISCONSIN MASONS HEALTH CARE FUND,
WISCONSIN MASONS PENSION FUND,
WISCONSIN MASONS VACATION FUND,
WISCONSIN MASONS APPRENTICESHIP &
TRAINING, BRICKLAYERS AND TROWEL TRADES
INTERNATIONAL PENSION FUND, INTERNATIONAL
MASONS INSTITUTE FUND, and JEFFREY LECKWEE,

BRICKLAYERS AND ALLIED CRAFTSMEN
DISTRICT COUNCIL OF WISCONSIN, and
BRICKLAYERS AND TROWEL TRADES
INTERNATIONAL,

           **Plaintiffs,**

**vs.**                                                       Case No. 07-C-0569 C

TIMOTHY NEWKIRK d/b/a ZAMBONI BIG DOG FLOORING,
and ANGELA M. NEWKIRK d/b/a ZAMBONI BIG DOG FLOORING,

           **Defendants.**

### ENTRY OF JUDGMENT ON THE DECISION BY THE COURT

This action having come on for hearing before the Court, and the issues having been duly heard, and a decision having been duly rendered,

**IT IS ORDERED AND ADJUDGED** that the Plaintiffs, Wisconsin Masons Health Care Fund, Wisconsin Masons Pension Fund, Wisconsin Masons Vacation Fund, Wisconsin Masons Apprenticeship & Training, Bricklayers and Trowel Trades International Pension Fund, International Masons Institute Fund, Jeffrey Leckwee, Bricklayers and Allied

Craftsmen District Council of Wisconsin, and Bricklayers and Trowel Trades International, recover from the Defendants Timothy Newkirk d/b/a Zamboni Big Dog Flooring and Angela M. Newkirk d/b/a Zamboni Big Dog Flooring, jointly and severally, the sum of $2,988.27 with interest thereon at the rate that is provided by law.

Dated at Milwaukee, Wisconsin, this __1__ day of __FEBRUARY__, 2008.

_____
Clerk of Court

_____
Deputy Clerk

Approved as to form this __31st__ day of __January__, 2008.

_____
U. S. District Court Judge